RECEIVED
CHARLOTTE, N.C.
AUG -8 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
ASHEVILLE, N.C.
AUG 1 1 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>JACOB JACKSON IVEY,<br>　　　　Defendant,<br>and<br>EASTERN BAND OF CHEROKEE INDIANS,<br>　　　　Garnishee. | CASE NO. 2:94CR76-T<br>(Financial Litigation Unit) |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against Jacob Jackson Ivey is DISMISSED.

This the 11th day of August, 2005.

LACY H. THORNBURG
UNITED STATES DISTRICT JUDGE